[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
JUL 20 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Rachel Dixon Love

Plaintiff(s),

v. Chicago Public Schools Board of Education

Defendant(s).

1:18-cv-4994
Judge Robert M. Dow, Jr
Magistrate Judge M. David Weisman

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Rachel Dixon Love** of the county of **Cook** in the state of **Illinois**.

3. The defendant is **Chicago Public Schools Board of Education**, whose street address is **125 North Clark St.**, (city) **Chicago** (county) **Cook** (state) **Illinois** (ZIP) **60603**

(Defendant's telephone number) **773-553-1000**

4. The plaintiff sought employment or was employed by the defendant at (street address)

YEARS
1993 - Carroll Rosenwald Elem School 2601 W. 80th, Chicago, IL 60652
2005 Faraday Elem School 3250 W. Monroe Chicago, Illy 60624 Chicago
2016 Ashe Elem. School 8505 S. Ingleside Chicago, IL 60619
(county) **Cook** (state) **Illinois** (ZIP code)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.  The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) September, (day) 6, (year) 2005. and September 6, 2016

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a)  The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐has ☑*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

       (i)  ☐ the United States Equal Employment Opportunity Commission, on or about

            (month)_____ (day)_____ (year)_____.

       (ii) ☐ the Illinois Department of Human Rights, on or about

            (month)_____ (day)_____ (year)_____.

    (b)  If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ Yes, ☑ No, **but plaintiff will file a copy of the charge within 14 days.**

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a)  the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ Yes  ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ Yes  ☐ N0, but a copy will be filed within 14 days.

8. (Complete paragraph 8 only if defendant is not a federal governmental agency.)

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) June (day) 18 (year) 2018 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☑ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☑ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☑ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): <u>Does not allow the same rights/provision for plaintiff's Acting principal/Teacher Maria Wall's "Supervisor, Harassment, and Teacher Harassmen</u>

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

- Labeled my file: Rachel Dixon – Amputation of left hand.

13.
- Refused to allow Rachel Love to get personal belongings, personal materials, supplies given from College study (teaching posters, writing gears and Personal Artworks), coat and blazer. (Escorted out). The office and School Secretary revealed

13. The facts supporting the plaintiff's claim of discrimination are as follows: personal information

- Refused a door key for Rachel Love's Room. teacher Maria W
- Refused "Preps", Lunchtime was always a meeting (Asked not eat esp.)
- Refused to sign papers for medical leave (See Doctor's letter)
- Refused to issue school supplies to my student + classroom
- Refused to acknowledge "TEXT Requests" and weekly reports – given in advance students
- Refused acknowledgement of my perfect attendance + classroom
- Refused to allow me privacy in the washroom, Principal would send Staff person to remind/tell me to get off my cell phone/follow outside

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☒ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): holidays' payment plus contracted payments for the year with benefits

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

_Rachel D Love_
(Plaintiff's signature)

_Rachel D. Love_
(Plaintiff's name)

_P.O. Box 10300_
(Plaintiff's street address)

(City) _Chicago_ (State) _Ill_ (ZIP) _60610_

(Plaintiff's telephone number) (_312_) _669-0656_

Date: _6/19/2018_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

# Letters Enclosed Employment Discrimina

Letters of Recommendations
Skinner Magnet School (West Loop)
Irving Elem. school (Westside/Western Ave)
First Church of Love & Faith (Southside, 79th Stre

* Retirement Certificate/Pictures 2010 from Chicago Teacher Union/Dinner Banque (filed for unemployment) Grand Ave In the loop

* Primary Doctor's letter Disabilities and leave for Medical Reasons October 2016

* Letter and forms from
  E E O C
  500 Madison, floor 2000
  Chicago, ILL

Notes from Arthur Ashe School 2016

Chief of Schools, Jeffery Dase 773-535-8[...]
4655 S. Dearborn/state
Chicago, IL

* telephone 773-524-133[...]
Marreal Jordan, Secu[...]
4655 S. Dearborn St
Chicago, IL
collected information of Colle[...]
address in city, year of car[...]

Erica, # 708-632-3454
Janitor at Ashe Elem. School

Dr. Jackson, Assistant Principle at Ashe Elem.
773-366-9191 cell
• Threaten Security Lady of her J[...]

Jeffery Dase: District Evaluation (Enclosed) 2016 for Statemen[...]
Dr. Jackson: Does **not** qualify to be Asst. or Princ[...]

Maria Walls, and "Secretary" of Ashe School = Invasion [...]
Telephone # 773-266-7844
• (changed my pay due)
• (forged my signature for checks) Personal Inform[...]
• Constantly called/Harrassmen[...] with
• Texts are crazy to me; unkn[...] conve[...]
(She wanted me to copy/use her
lesson plans. Walls would g[...]
my mail from office mailbo[...]

(unsure of the
2nd telephone number?)

Rachel Love↓

Union Representative Marshall Allen * Did Nothing to help me
said "Nothing in My Defense". * I paided union dues (Ro[...])
* No returns calls, until I was out [...]
Ashe School/CPS system

Leadership@ctulocal1.com = President of Teacher Union Cal[...]
(letter to Rachel: To personally [...]
from investigate/get [...]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Rachel Dixon Love )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
)
)
(Name of the defendant or defendants) )

CIVIL ACTION

NO. _____

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Rachel Dixon Love__ of the county of __Cook__, in the state of __Illinois__.

3. The defendant is __Chicago Public Schools Board of Education__ whose street address is __125 North Clark St.__,
(city) __Chicago__ (county) __Cook__ (state) __IL__ (ZIP) __60601__
(Defendant's telephone number) (__773__) - __553__ - __1000__

4. The plaintiff sought employment or was employed by the defendant at (street address)
YEAR→1993-Carroll-Rosenwald 2601 W. 80th St., Chicago, IL 60652
2005 FARADAY Elem. School 3250 W. Monroe, Chicago, IL 60624 (city) Chicago
2016 ASHE Elem. School 8505 S. Ingleside, Chicago, IL 60619
(county) __Cook__ (state) __Illinois__ (ZIP code) __60619__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# FILING A CIVIL CASE WITHOUT AN ATTORNEY: *EMPLOYMENT DISCRIMINATION* FORMS & INSTRUCTIONS



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

(07/13/16)